UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 19 PM 4:16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Pedro VALDOVINOS-Cardoza,<br><br>Defendant | Magistrate Docket No. 07 MJ 2702<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 18, 2007** within the Southern District of California, defendant, **Pedro VALDOVINOS-Cardoza**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **NOVEMBER 2007**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Pedro VALDOVINOS-Cardoza

## PROBABLE CAUSE STATEMENT

On November 18, 2007, Border Patrol Agent R. Garcia was performing uniformed patrol duties near Jamul, California. At approximately 7:45 A.M. Agent Garcia responded to an intrusion alert activation in a remote rural location known to Border Patrol Agents as the "Shrine Draw". This area is approximately twelve miles east of the Otay Mesa Port of Entry, and two and one-half miles north of the United States/Mexico International Boundary.

Agent Garcia found footprints and followed them until he found five people attempting to hide in brush. Agent Garcia identified himself as a United States Border Patrol Agent and questioned the five as to their immigration status. All five, including one later identified as **Pedro VALDOVINOS-Cardoza,** admitted to being citizens and nationals of Mexico, not in possession of immigration documents that would allow them to enter or remain in the United States legally. Agent Garcia placed all five aliens under arrest and all five were transported to the Brown Field Border Patrol Station.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 1, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally. The defendant further admitted that he entered illegally into the United States near Tecate, California.