1  **ZANDRA L. LOPEZ**
   California State Bar No. 216567
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Zandra_Lopez@fd.org

5  Attorneys for Mr. Valdovinos-Cardoza

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           )   CASE NO. 07MJ2702
                                       )
11          Plaintiff,                 )
                                       )
12 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
13 PEDRO VALDOVINOS-CARDOZA,           )
                                       )
14          Defendant.                 )
                                       )
15 _____ )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Zandra L. Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                               Respectfully submitted,

21

22 Dated:  November 26, 2007        */s/ ZANDRA L. LOPEZ*
                                    Federal Defenders of San Diego, Inc.
23                                  Attorneys for Defendant
                                    Zandra_Lopez@fd.org
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  November 26, 2007                    */s/ ZANDRA L. LOPEZ*
                                             Federal Defenders of San Diego, Inc.
                                             225 Broadway, Suite 900
                                             San Diego, CA  92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             Zandra_Lopez@fd.org (email)